**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BERTHA CELESTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4157** |
| **LOUISIANA INSURANCE GUARANTY ASSOCIATION** | **SECTION: D (4)** |

## ORDER OF CONDITIONAL DISMISSAL

The Court has been advised by the parties, in an email sent to the Court on October 31, 2024, that the parties in this matter have settled all of their claims and have agreed to amicably resolve this dispute.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, October 31, 2024.

**WENDY B. VITTER**
**United States District Judge**